UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO. 99426-S

*******************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY, and TABCO REALTY,
Defendants.

*******************************************************************

**STIPULATION OF DISMISSAL**

Now comes the Plaintiff, Allstate Insurance Company, and Defendant, Norman Trice, and hereby stipulate, pursuant to F.R.C.P. 41(a)(1)(ii) , to the dismissal of the above-referenced matter with prejudice and without costs.

Plaintiff,
Allstate Assurance Corporation,
By its Attorneys,

[signature]

David O. Brink, Esq.
BBO No.: 547370
Richard D. King, Jr.
BBO No.: 638142
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

Dated: 6/21/05

Defendant,
Norman Trice,

[signature]

Norman E. Trice, Jr.
65 Clyde St.
Pawtucket, RI 02860-5119

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/29/05

**CERTIFICATE OF SERVICE**

I, Richard D. King, Jr., attorney for Allstate Insurance Company, hereby certify that on this 28th day of, June 2005, I mailed, postage prepaid, a copy of the within documents to:

Lori Freeman
1905 Mineral Spring Avenue
Apt. 415
North Providence, RI 02904

Robert A. D'Amico II, Esq.
D'Amico & Burchfield, LLP
738 Valley Street
Providence, RI 02908

John Deacon, Esq.
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, RI 02903

James E. Kelleher, Esq.
Revens, Lanni, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

Norman Trice
65 Clyde St.
Pawtucket, RI 02860-5119

Richard D. King, Jr.

*Q:\Lawyers\Rick King\Aoffice\Insco\Allstate\15483\cert of service (UPDATED).doc*