UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 99426-S

*****************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY, and TABCO REALTY,
Defendants.

RECEIVED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

*****************************************************************

## AGREEMENT FOR JUDGMENT

The undersigned parties agree, subject to the Settlement Agreement entered into between them, that JUDGMENT may enter in the above-captioned action as follows:

1. Judgment for the Plaintiff, Allstate Insurance Company ("Allstate"), against defendant, Cilla Reilly, jointly and severally in the amount of FIFTY THOUSAND ($50,000.00) DOLLARS, as follows:

This Agreement for Judgment does not constitute a waiver of this defendant's rights under the Fifth Amendment of the United States Constitution, or to any other right against self-incrimination secured under the law of any state.

Pursuant to Rule 54, Fed. R. Civ. P., this Agreement for Judgment may be entered as a final order as there is no just reason for delay. Entry of judgment as requested above will

resolve all claims involving the undersigned parties. Upon entry of judgment by the Court, any and all specific counts or claims contained in plaintiff's Complaint between the undersigned parties not addressed herein are expressly waived. The Defendant has no outstanding counterclaims or cross claims.

The undersigned parties waive all rights of appeal and costs.

Respectfully Submitted,
Defendant,
*Cilla Reilly,*

Cilla Reilly
49 Lockwood St.
Cranston, RI 02905-3323

Dated: 6/20/05

Respectfully Submitted,
The Plaintiff,
*Allstate Insurance Company*
By Its Attorney,

David O. Brink (RI Bar #6082)
Richard D. King, Jr. (RI Bar #6084)
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

Dated: 6/28/05

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 6/29/05

BY ORDER:

Deputy Clerk

**CERTIFICATE OF SERVICE**

I, Richard D. King, Jr., attorney for Allstate Insurance Company, hereby certify that on this 28th day of, June 2005, I mailed, postage prepaid, a copy of the within documents to:

Lori Freeman
1905 Mineral Spring Avenue
Apt. 415
North Providence, RI 02904

Robert A. D'Amico II, Esq.
D'Amico & Burchfield, LLP
738 Valley Street
Providence, RI 02908

John Deacon, Esq.
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, RI 02903

James E. Kelleher, Esq.
Revens, Lanni, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

Cilla Reilly
49 Lockwood St.
Cranston, RI 02905-3323

Richard D. King, Jr.

*Q:\Lawyers\Rick King\A office\Insco\Allstate\15483\cert of service (UPDATED).doc*