UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 99426-S

*****************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY, and TABCO REALTY,
Defendants.

*****************************************************************

RECEIVED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## AGREEMENT FOR JUDGMENT

The undersigned parties agree, subject to the Settlement Agreement entered into between them, that JUDGMENT may enter in the above-captioned action as follows:

1. Judgment for the Plaintiff, Allstate Insurance Company ("Allstate"), against defendants Raymond Huelbig and Shawnn Huelbig, jointly and severally in the amount of ONE MILLION TWO HUNDRED THOUSAND ($1,200,000.00) DOLLARS, as follows:

This Agreement for Judgment does not constitute a waiver of these defendants' rights under the Fifth Amendment of the United States Constitution, or to any other right against self-incrimination secured under the law of any state.

Pursuant to Rule 54, Fed. R. Civ. P., this Agreement for Judgment may be entered as a final order as there is no just reason for delay. Entry of judgment as requested above will

resolve all claims involving the undersigned parties. Upon entry of judgment by the Court, any and all specific counts or claims contained in plaintiff's Complaint not address herein are expressly waived. The Defendants are subject to joint and several liability and there are no outstanding counterclaims or cross claims.

The undersigned parties waive all rights of appeal and costs.

Respectfully Submitted,
The Defendants,
*Raymond M. Huelbig and Shawnn Huelbig*

______________________
Raymond M. Huelbig

______________________
Shawnn Huelbig

Dated: 3-18-05

Respectfully Submitted,
The Plaintiff,
*Allstate Insurance Company*
By Its Attorney,

______________________
David O. Brink (RI Bar #6082)
Richard D. King, Jr. (RI Bar #6084)
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

Dated: 5/16/05

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/29/05

BY ORDER:

______________________
Deputy Clerk

**CERTIFICATE OF SERVICE**

I, Richard D. King, Jr., attorney for the plaintiff, Allstate Insurance Company, hereby certify that I have this day mailed, postage prepaid, a copy of the within documents to:

James E. Kelleher, Esq.
Revens, Lanni, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

John D. Deacon, Jr., Esq.
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Robert A. D'Amico II, Esq.
D'Amico & Burchfield, LLP
738 Valley Street
Providence, RI 02908

John P. Gyorgy, Esq.
Boisseau, Dean & Gyorgy, LLP
155 South Main Street
Providence, RI 02903

Lori Freeman
1905 Mineral Spring Avenue, Apt. 415
North Providence, RI 02904

Dated: 5/16/05

Richard D. King, Jr.

*Q:\Lawyers\Rick King\Aoffice\Insco\Allstate\15483\cert of service district court.doc*