UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALLSTATE INSURANCE COMPANY

v. C.A. No. 99-426S

RAYMOND HUELBIG, ET AL.

**SHOW CAUSE ORDER**

On or before **August 16, 2005**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution against the following defendants: Jose Pires; Manray Inc.; Amity Motors; Tabco Rentals; Ruth M. Ortiz; Manuel P.J. Barros; Millicent Maynard; Gregory Williams; Lori Freeman; Julio Silva; Lynette Anderson; Karen L. Brown; Robert D. Taglione; Richard Willner; Shondi Barbato; Ann Marie Ianucci; Paula Cofoni; Clarence Nealy; and Tabco Realty. Failure to comply will result in dismissal as to these defendants.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 7/26/05