UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALLSTATE INSURANCE COMPANY

VS. C.A. NO: 99-426S

RAYMOND HUELBIG, ET AL

**MOTION TO WITHDRAW**

Now comes Robert A. D'Amico, II, Esquire and hereby moves this Court for an Order permitting him to withdraw his representation of the Defendant, Robert Taglione, in the above captioned matter.

As grounds therefore, Attorney D'Amico submits that he has not had contact with Mr. Taglione in several years. There has been a serious breakdown in the relationship between Attorney D'Amico and Mr. Taglione making it impossible for Mr. D'Amico to further represent Mr. Taglione in this matter.

**D'AMICO • BURCHFIELD, LLP**

Robert A. D'Amico, II, Esquire (4593)
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212
(401) 454-1233---fax

**CERTIFICATION**

I hereby certify that on the 29th day of July, 2005 a copy of the within was mailed to:

Richard D. King, Jr. Esquire
Smith & Brink PC
One State Street, Suite 400
Providence RI 02908

Lori Freeman
1905 Mineral Spring Avenue
Apt 415
North Providence RI 02904

John Deacon, Esquire
Little, Bulman, Medeiros & Whitney, PC
72 Pine Street
Providence RI 02903

James E. Kelleher, Esquire
Revens, Lanni, Revens & St. Pierre
946 Centerville Road
Warwick RI 02886

Cilla Reilly
49 Lockwood Street
Cranston RI 02905

Robert Taglione
170 Benedict Street
Apartment 410
Providence RI 02909