RECEIVED

AUG 12 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 99-426-S

**************************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY, and TABCO REALTY,
Defendants.

**************************************************************************

**NOTICE OF DISMISSAL**

Now comes the Plaintiff, Allstate Insurance Company and hereby dismisses its claims against defendants, Millicent Maynard, and Ruth Ortiz, pursuant to F.R.C.P. 41(a)(1)(i), with prejudice and without costs.

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/12/05

Dated: 8/11/05

Plaintiff,
Allstate Insurance Company,
By its Attorneys,

David O. Brink, Esq.
BBO No.: 547370
Richard D. King, Jr.
BBO No.: 638142
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

**CERTIFICATE OF SERVICE**

I, Richard D. King, Jr., attorney for Allstate Insurance Company, hereby certify that on this 11th day of August 2005, I mailed, postage prepaid, a copy of the within documents to:

Lori Freeman
1905 Mineral Spring Avenue
Apt. 415
North Providence, RI 02904

Robert A. D'Amico II, Esq.
D'Amico & Burchfield, LLP
738 Valley Street
Providence, RI 02908

John Deacon, Esq.
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, RI 02903

James E. Kelleher, Esq.
Revens, Lanni, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

Cilla Reilly
49 Lockwood St.
Cranston, RI 02905-3323

Richard D. King, Jr.