UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Richard King, Esq.

RE: CA 99-426 S

Allstate v. Huelbig

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 8/15/05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

__X__ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

__X__ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33); Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other: ______________________________

ENTER:

David L. Martin
United States Magistrate Judge

Date: 8-17-05

cc: Counsel of Record

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. No. 99426S

*******************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY and TABCO REALTY
Defendants,

*******************************************************************

**MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. RULES 54(b) AND 55(b) AGAINST DEFENDANTS, LYNETTE ANDERSON, JULIO SILVA, KAREN BROWN, ANN MARIE IANNUCCI, CLARENCE NEALY, SHONDI BARBATO, MANUEL P.J. BARROS, II, RICHARD WILLNER AND GREGORY WILLIAMS**

Now comes the plaintiff, Allstate Insurance Company (hereinafter "Allstate"), and respectfully requests that this Honorable Court enter default judgment pursuant to Rules 54(b) and 55(b), Fed. R. Civ. P., against defendants, Lynette Anderson, Julio Silva, Karen Brown, Ann Marie Iannucci, Clarence Nealy, Shondi Barbato, Manuel P.J. Barros, II, Richard Willner and Gregory Williams. In support of this motion, Allstate avers as follows: