UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 99426-S

RECEIVED
AUG 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

*****************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY, and TABCO REALTY,
Defendants.

*****************************************************************

**NOTICE OF DISMISSAL**

Now comes the Plaintiff, Allstate Insurance Company and hereby dismisses its claims against defendants, Robert Taglione, Manray, Inc. d/b/a Friendship Auto Body, Amity Motors, Tabco Rentals and Tabco Realty, pursuant to F.R.C.P. 41(a)(1)(i), with prejudice and without costs.

Plaintiff,
Allstate Insurance Company,
By its Attorneys,

[signature]

David O. Brink, Esq.
BBO No.: 547370
Richard D. King, Jr.
BBO No.: 638142
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

WEsmith
USDJ
5/19/05

Dated: 4/17/05

**CERTIFICATE OF SERVICE**

I, Richard D. King, Jr., attorney for Allstate Insurance Company, hereby certify that on this 17th day of August 2005, I mailed, postage prepaid, a copy of the within documents to:

Lori Freeman
1905 Mineral Spring Avenue
Apt. 213
North Providence, RI 02904

Robert Taglione
170 Benedict Street, Apt. 410
Providence, RI 02909

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903

David F. Reilly
Law Offices of David F. Reilly, Esq.
22 West Main St.
Wickford, RI 02852-5112

James E. Kelleher, Esq.
Revens, Lanni, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

Richard D. King, Jr.