UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. No. 99426S

*******************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY and TABCO REALTY
Defendants,

*******************************************************************

**MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. RULES 54(b) AND 55(b) AGAINST DEFENDANTS, LYNETTE ANDERSON, JULIO SILVA, KAREN BROWN, ANN MARIE IANNUCCI, CLARENCE NEALY, SHONDI BARBATO, MANUEL P.J. BARROS, II, RICHARD WILLNER AND GREGORY WILLIAMS**

Now comes the plaintiff, Allstate Insurance Company (hereinafter "Allstate"), and respectfully requests that this Honorable Court enter default judgment pursuant to Rules 54(b) and 55(b), Fed. R. Civ. P., against defendants, Lynette Anderson, Julio Silva, Karen Brown, Ann Marie Iannucci, Clarence Nealy, Shondi Barbato, Manuel P.J. Barros, II, Richard Willner and Gregory Williams. In support of this motion, Allstate avers as follows:

- The Court's entry of judgment by default pursuant to Rules 54(b) and 55(b) will constitute a final adjudication with respect to all of Allstate's claims against the remaining defendants;
- As members of an insurance fraud conspiracy, defendants are subject to joint and several liability;
- Defendants, Anderson, Silva, Brown, Iannucci, Nealy, Barbato, Barros, Willner and Williams, have been defaulted in accordance with applicable law;
- There are no pending claims or counterclaims that could result in a set-off against the judgment sought to be made final by this motion; and
- Delay in the entry of judgment against these defaulted defendants will prejudice Allstate's ability to obtain satisfaction of any judgment entered against them and increase the likelihood of defendants' insolvency.

In addition to the foregoing, Allstate respectfully directs the Court's attention to the Memorandum of Law in support of its motion filed herewith.

WHEREFORE, Allstate Insurance Company, requests that default judgment enter against the defendants, Anderson, Silva, Brown, Iannucci, Nealy, Barbato, Barros, Willner and Williams.

Respectfully Submitted,
The Plaintiff,
*Allstate Insurance Company,*
By its attorneys,

____________________________

David O. Brink (6082)
Richard D. King, Jr. (6084)
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
(617) 770-2214

Dated: August 18, 2005

FILED
AUG 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 99426-L

**************************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY, and TABCO REALTY,
Defendants.

**************************************************************************

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ENTRY OF SEPARATE AND FINAL DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. RULES 54(b) AND 55(b) AGAINST DEFENDANTS LYNETTE ANDERSON, JULIO SILVA, KAREN BROWN, ANNE MARIE IANUCCI, CLARENCE NEALY, SHONDI BARBATO, MANUEL P.J. BARROS, II, RICHARD WILLNER, AND GREGORY WILLIAMS**

## I. INTRODUCTION

The plaintiff, Allstate Insurance Company (hereinafter "Allstate") respectfully moves pursuant to Rules 54(b) and 55(b), Fed. R. Civ. P., that this Honorable Court enter joint and several default judgments against defendants, Lynette Anderson, Julio Silva, Karen Brown, Anne Marie Ianucci, Clarence Nealy, Shondi Barbato, Manuel P.J. Barros, II, Richard Willner, and Gregory Williams (hereinafter "default defendants") in the amount of $992,998.00.

The defaulted defendants successfully executed a scheme to defraud Allstate by (1) submitting false and fraudulent invoices for automobile repair services and expenses; (2) submitting false and exaggerated appraisals; (3) creating and submitting false documents regarding rental vehicles; and (4) by creating and submitting other false and fraudulent documents in support of numerous fraudulent insurance claims. The defaulted defendants submitted numerous false claims involving fictitious personal injury, property damage, enhanced property damage, false automobile parts and service invoices regarding parts that were never installed and/or service that were not performed on the insured vehicles, and phony replacement rental vehicle claims upon which Allstate relied in paying automobile insurance claims. The defaulted defendants accomplished their fraudulent schemes, in part, by placing or causing to be placed, numerous false insurance claim documents including, but not limited to, accident reports, invoices, appraisals, reports, and other documents in support of these fraudulent claims through the U.S. Mail.

## II. RELEVANT TRAVEL OF THE CASE

Allstate filed its complaint on September 8, 1999. The summons and complaint were served on defendants as follows: Shondi Barbato (hereinafter "Barbato") and Richard Willner (hereinafter "Willner") were served on October 26, 1999; Clarence Nealy (hereinafter "Nealy") was served on November 1, 1999; Julio Silva (hereinafter "Silva") was served on November 10, 1999; Anne Marie Ianucci (hereinafter "Ianucci") was served on December 4, 1999; Gregory Williams (hereinafter "Williams") was served on December 6, 1999; Lynette Anderson (hereinafter "Anderson") was served on December 13, 1999; Karen Brown (hereinafter "Brown") was served on December 14,

1999; and Manuel P.J. Barros, II, on December 22, 1999. Proofs of service regarding each of the foregoing defendants were subsequently filed with this Court. The aforementioned defendants have failed to file any responsive pleadings. Accordingly, on December 14, 1999, defaults were entered against Silva, Nealy and Willner. Defaults were entered against Brown and Ianucci on January 10, 2000. Default was entered against Barros on February 3, 2000. Defaults were entered against Anderson and Barbato on February 10, 2000. Lastly, default was entered against Williams on March 22, 2000.

On May 16, 2005, Allstate filed an Agreement for Judgment with Shawnn and Raymond Huelbig. On June 28, 2005, Allstate filed an Agreement for Judgment with defendant Cilla Reilly. By separate motion, Allstate has settled (or has agreed to settle) with and/or dimissed all claims against defendants, Norman Trice, Lori Freeman, Paula Cofoni, Jose Pires, Manray, Inc., Tabco Rentals, Tabco Realty, Amity Motors, Millicent Maynard and Ruth Ortiz pursuant to Rule 41, Fed. R. Civ. P.

## III. APPLICABLE LAW

### A. Rule 54(b)

Pursuant to Rule 54(b), the entry of separate and final judgment as to fewer than all of the claims or parties in a case may appropriately be entered where there exits no just cause for delay in the entry of separate and final judgment. Rule 54(b), Fed. R. Civ. P. A trial court's determination as to the absence of just reason for delay in the entry of final judgment as to fewer than all claims or parties is entitled to substantial deference whereas it is the trial court who is most likely to be familiar with the case and with any justifiable reasons for delay in the entry of separate and final judgment. Curtiss-Wright Corp. v. General Electric Co., 446 U.S. 1, 10 (1980). See, e.g., Quinn v. City of Boston, 325 F.3d

18, 26 (1st Cir. 2003); Spiegel v. Trustees of Tufts College, 843 F.2d 38, 42-43 (1st Cir. 1988).

A valid Rule 54(b) Fed. R. Civ. P., certification requires the existence of four factors 1) an action involving multiple claims or multiple parties; 2) a final adjudication as to at least one, but fewer than all, of the claims or parties; 3) an express finding that there is no just reason for the delay in the entry of separate judgment; and 4) an express direction of the entry of judgment. See, e.g., Spiegel, 843, F.2d at 43 (citing Allis-Shalmers v. Philadelphia Elec. Co., 521 F.2d 360, 363-364 (3rd Cir. 1975)).

**B. Rule 55**

Rule 55 provides:

> (a) Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.
>
> (b) Judgment. Judgment by default may be entered as follows:
>
> (1) By the Clerk. When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and is not an infant or incompetent person.
>
> (2) By the Court. In all other cases the party entitled to a judgment by default shall apply to the court therefor; but no judgment by default shall be entered against an infant or incompetent person unless represented in the action by a general guardian, committee, conservator, or other such representative who has appeared therein. If the party against whom judgment by default is sought has appeared in the action, the party (or, if appearing by representative, the party's representative) shall be served with written

> notice of the application for judgment at least 3 days prior to the hearing on such application. If, in order to enable the court to enter judgment or to carry it into effect, it is necessary to take an account or to determine the amount of damages or to establish the truth of any averment by evidence or to make an investigation of any other matter, the court may conduct such hearings or order such references as it deems necessary and proper and shall accord a right of trial by jury to the parties when and as required by any statute of the United States.

Fed. R. Civ. P. (2003).

## IV. <u>ARGUMENT</u>

The entry of judgment pursuant to Rule 55(b) is warranted in this case by the following circumstances:

- The Court's entry of judgment by default pursuant to Rule 55(b) will constitute a final adjudication with respect to all of Allstate's claims against the remaining defendants;

- As conspirators in the insurance fraud scheme, the defaulted defendants are subject to joint and several liability;

- Defendants Anderson, Silva, Brown, Ianucci, Nealy, Barbato, Barros, Willner and Williams have been defaulted in accordance with applicable law;

- There are no other remaining claims, counterclaims and/or crossclaims pending that could result in a set-off against the judgment sought to be made final by this motion; and

- Delay in the entry of judgment against these defaulted defendants will prejudice Plymouth Rock's ability to obtain satisfaction of any judgment entered against them and increase the likelihood of defendants' insolvency.

## A. DAMAGES TO BE ASSESSED UNDER RICO

Allstate was defrauded by the defendants in connection with the following auto insurance claims as alleged in its Complaint:

| PAYEE | VEHICLE | POLICY # | DOL | CLAIM # & | AMOUNT | ENDORSEMENT COMMENTS |
|---|---|---|---|---|---|---|
| Millicent Maynard | 88 Cadillac | 619018092 | 2/7/91 | 1440295563 - K2 | $500.00 | Millicent Maynard |
| Metropolitan Ins. Co. (insured: Millicent Maynard) | 91 Dodge Dynasty | 619018092 | 9/21/92 | 1440544391 | $1,070.28 | |
| Millicent Maynard | 88 Cadillac | 619018092 | 1/13/91 | 1440266946 - K1 | $500.00 | Millicent Maynard |
| Millicent Maynard and Friendship A/B | 88 Cadillac | 619018092 | 1/13/91 | 1440266946 - K1 | $7,102.40 | Millicent Maynard, Friendship Auto Body, Raymond Huelbig (Drawer Signature: Clarence Nealy) |
| Millicent Maynard & Amity Motors | 88 Cadillac | 619018092 | 9/30/91 | 1440413746 - K3 | $4,333.71 | Millicent Maynard, Amity Motors, Raymond Huelbig, Friendship Auto Body |
| Alan Maynard and Narragansett | 91 Dodge Dynasty | 619018092 | 9/21/92 | 1440544391 - K4 | $2,537.11 | Alan Maynard, Friendship Auto Body, Raymond Huelbig (Drawer Signature: Clarence Nealy) |
| Friendship Auto Body (Insured: Millicent Maynard) | 88 Cadillac | 619018092 | 2/7/91 | 1440295563 - K2 | $5,208.12 | Friendship Auto Body, Raymond Huelbig (Drawer Signature: Clarence Nealy) |
| Amity Motors and Attorney Raymond Pezza, Esq. (Insured: Millicent Maynard) | 78 Mercedes 280 (Loaner) | 619018092 | 10/31/92 | 1440559175 - K7 | $3,621.80 | Amity Motors, Raymond Huelbig, Friendship Auto Body |
| Manuel Barros II and Friendship Auto Body | 85 Jaguar | 019484975 | 1/21/91 | 1440269494 - D4 | $13,141.11 | Manuel Barros, Friendship Auto Body, Raymond Huelbig |
| Manuel Barros II | 85 Jaguar | 019484975 | 1/21/91 | 1440269494 - D4 | $500.00 | Manuel Barros |
| Manuel Barros II, Friendship Auto Body | 86 Jaguar | 019484975 | 9/27/91 | 1440413084 - D9 | $4,006.92 | Manuel Barros, Friendship Auto Body, Raymond Huelbig |
| Manuel Barros II, Friendship Auto Body | 86 Jaguar | 019484975 | 9/12/91 | 1440413068 - D8 | $3,017.36 | Manuel Barros, Friendship Auto Body, Raymond Huelbig |
| Friendship Auto Body (Insured: Manuel Barros II) | 78 Mercedes 450SL (Loaner) | 019484975 | 8/19/91 | 1440371936 - D7 | $5,744.01 | Friendship Auto Body, Raymond Huelbig |
| Manuel Barros II | 86 Jaguar | 019484975 | 8/15/91 | 1440352357 - D6 | $500.00 | Manuel Barros II |
| Manuel Barros II | 83 BMW (Palmiscano Claim) | 019484975 | 2/18/92 | 1440468708 - D10 | $500.00 | Manuel Barros II |
| Manuel Barros II and Amity Motors | 86 Jaguar | 019484975 | 6/12/91 | 1440331435 - D5 | $3,936.53 | Manuel Barros II, Amity Motors, Raymond Huelbig, Friendship Auto Body |
| Manuel Barros II | 86 Jaguar | 019484975 | 6/12/91 | 1440331435 - D5 | $500.00 | Manuel Barros II and Cilla Reilly |
| Manuel Barros II and Friendship A/B | 85 Jaguar | 019484975 | 7/23/90 | 1440197470 - D1 | $8,701.92 | Manuel Barros II, Friendship Auto Body, Raymond Huelbig (Drawer Signature, |

| PAYEE | VEHICLE | POLICY # | DOL | CLAIM # & | AMOUNT | ENDORSEMENT COMMENTS |
|---|---|---|---|---|---|---|
| | | | | | | Clarence Nealy) |
| Cilla Reilly | 90 Nissan | 084187917 | 3/6/91 | 1440289450 - G3 | $3,600.92 | Cilla Reilly (Drawer Signature: Clarence Nealy) |
| William K. and Cilla Reilly | 90 Nissan | 084187917 | 3/6/91 | 1440289450 - G3 | $600.00 | William K. Reilly and Cilla Reilly |
| William K. and Cilla Reilly | 90 Nissan | 084187917 | 3/6/91 | 1440289450 - G3 | $500.00 | William K. Reilly and Cilla Reilly |
| Cilla Reilly | 90 Nissan | 084187987 | 7/23/91 | 1440344354 | $4,341.56 | Cilla Reilly, William K. Reilly |
| William K. and Cilla Reilly, and Attorney Raymond Pezza and Attorney Gerald M. DeCelles and Friendship Auto Body and Tabco Auto Rental | 90 Nissan | 084187917 | 10/15/91 | 1440419529 - G7 | $6,773.52 | William Reilly, Cilla Reilly, Ray Huelbig, Tabco Auto Rental, Friendship Auto Body (two other signatures) |
| Cilla Reilly and Friendship Auto Body | 90 Nissan | 019534332 | 10/31/92 | 1440558466 - G4 | $5,905.78 | Endorsed under protest by Cilla Reilly, Friendship Auto Body, Raymond Huelbig |
| Cilla Reilly (R38240161) | 90 Nissan | 019534332 | 10/26/92 | 1440556940 - G8 | $673.49 | Cilla Reilly |
| William K. and Cilla Reilly | 90 Nissan | 084187917 | 5/23/90 | 1440173829 | $12,050.01 | |
| Friendship Auto Body (Insured: Cilla Reilly) | 90 Nissan | 084187917 | 5/23/90 | 1440173829 | $783.34 | (Drawer Signature, Clarence Nealy) supplement payment. |
| Cilla Reilly | 90 Nissan | 084187917 | 10/31/90 | 1440236477 | $5,638.66 | (Drawer Signature: Clarence Nealy) |
| William K. and Cilla Reilly | 90 Nissan | 084187917 | 10/31/90 | 1440236477 | $340.00 | |
| Gregory Williams and Friendship Auto Body | 88 Lincoln | 019479619 | 6/21/91 | 1440333852 - J5 | $3,970.02 | Gregory Williams, Friendship Auto Body, Raymond Huelbig |
| Gregory Williams and Amity Motors | 88 Lincoln | 019479619 | 12/6/91 | 1440440855 - J7 | $4,671.48 | Gregory Williams, Amity Motors, Raymond Huelbig, Friendship Auto Body |
| Friendship Auto Body (Insured: Gregory Williams) | 88 Lincoln | 019479619 | 12/6/91 | 1440440855 - J7 | $344.80 | Friendship Auto Body, Raymond Huelbig (Drawer Signature: Clarence Nealy) |
| Friendship Auto Body (Insured: Gregory Williams) | 87 Oldsmobile | 019479619 | 1/3/91 | 1440262804 - J3 | $5,676.27 | Friendship Auto Body, Raymond Huelbig (Drawer Signature: Clarence Nealy) |
| Friendship Auto Body (Insured: Gregory Williams) | 82 Chevy | 019479619 | 12/22/91 | 1440318804 - J9 | $863.72 | Friendship Auto Body, Raymond Huelbig |
| Friendship Auto Body Insured: Gregory Williams | 88 Lincoln | 019479619 | 8/19/91 | 1440380853 - J6 | $4,684.11 | (Drawer Signature: Clarence Nealy) |
| Gregory Williams and F-Ship A/B | 87 Oldsmobile | 019479619 | 11/8/90 | 1440239422 - J2 | $6,122.63 | (Drawer Signature: Clarence Nealy) |
| Gregory Williams | 87 Oldsmobile | 019479619 | 2/9/91 | 1440279220 - J4 | $500.00 | Gregory Williams |
| Gregory Williams and Friendship A/B | 87 Oldsmobile | 019479619 | 2/9/91 | 1440279220 - J4 | $6,462.58 | Gregory Williams, Friendship Auto Body, Raymond Huelbig (Drawer Signature: Clarence Nealy) |
| Gregory Williams | 87 Oldsmobile | 019479619 | 7/28/90 | 1440199658 - J1 | $7,457.40 | Gregory Williams, Friendship Auto Body, |

| PAYEE | VEHICLE | POLICY # | DOL | CLAIM # & | AMOUNT | ENDORSEMENT COMMENTS |
|---|---|---|---|---|---|---|
| | | | | | | Raymond Huelbig |
| Amity Motors and Attorney Raymond R. Pezza, Esq. (Insured: Ruth M. Ortiz) | 88 Sterling (Loaner) | 082010008 | 11/25/92 | 1440568572 - J12 | $6,501.54 | Ray Pezza, Amity Motors, Raymond Huelbig |
| Ruth M. Ortiz | 91 Toyota Tercel | 019501887 | 11/11/91 | 1440431227 - J3 | $500.00 | Ruth Ortiz |
| Friendship Auto Body (Insured: Ruth Ortiz) | 91 Toyota Tercel | 019501881 | 12/1/90 | 1440252482 - I1 | $6,045.57 | Friendship Auto Body, Raymond Huelbig (Drawer Signature, Clarence Nealy) |
| Ruth M. Ortiz | 91 Toyota Tercel | 082010008 | | 1440612354 - I8 | $3,388.25 | Ruth Ortiz |
| Theresa Meunier (insured: Ruth Ortiz) | 91 Toyota Tercel | 082010008 | 2/7/93 | 1440612354 - I8 | $3,500.00 | Theresa Meunier |
| Eva Romagnoli (insured: Ruth Ortiz) | 91 Toyota Tercel | 082010008 | 2/7/93 | 1440612354 | $5,000.00 | Eva Romagnoli |
| Rudolph Romagnoli (insured: Ruth Ortiz) | 91 Toyota Tercel | 082010008 | 2/7/93 | 1440612354 | $1,301.63 | Rudolph Romagnoli |
| Ruth Ortiz and Amity Motors and Friendship Auto Body | 91 Nissan Maxima | 109501887 | 10/31/91 | 1440428074 - J11 | $5,542.44 | Ruth Ortiz, Amity Motors, Raymond Huelbig, Friendship Auto Body |
| Citizen's Bank and Ruth Ortiz | 91 Toyota Tercel | 019501887 | 4/14/92 | 1440356713 - I5 | $5,153.79 | Endorsed Under Protest by Ruth Ortiz, Citizen's Savings Bank, Friendship Auto Body, Raymond Huelbig |
| Ruth Ortiz (Rental Reimbursement) | 91 Toyota Tercel | 019501887 | 4/14/92 | 1440356713 - I5 | $150.00 | Ruth Ortiz |
| Vetter & White (Insured: Ruth Ortiz) | 91 Toyota Tercel | 019501887 | 4/14/92 | 1440356713 - I5 | $197.79 | Vetter & White, Inc. |
| Ruth Ortiz | 91 Toyota Tercel | 019501887 | 1/8/91 | 1440265518 - I2 | $500.00 | Ruth Ortiz |
| Eugene Pontbriant (Insured: Ruth Ortiz) | 91 Toyota Tercel | 082010008 | 2/7/93 | 1440612354 - I8 | $3,700.00 | Eugene Pontbriant |
| Rudolph Ronagnoli (Insured: Ruth Ortiz) | 91 Toyota Tercel | 082010008 | 2/7/93 | 1440612354 - I8 | $7,000.00 | Rudolph Ronagnoli |
| Karen L. Brown and Amity Motors and Friendship A/B | 86 Lincoln | 019516898 | 7/23/91 | 1440346516 - L3 | $4,600.35 | Karen L. Brown, Amity Motors, Raymond Huelbig, Friendship Auto Body |
| Karen L. Brown and Amity Motors | 86 Lincoln | 019516898 | 10/3/91 | 1440417804 - L1 | $2,910.22 | Karen L. Brown, Amity Motors, Raymond Huelbig, Friendship Auto Body |
| Karen L. Brown | 86 Lincoln | 019516898 | 10/3/91 | 1440417804 - L1 | $500.00 | Karen L. Brown |
| Karen L. Brown and Amity Motors | 86 Lincoln | 019516898 | 11/1/91 | 1440430229 - L2 | $3,598.24 | Karen L. Brown, Amity Motors, Raymond Huelbig, Friendship Auto Body |
| South County Appraisers (Insured: Karen L. Brown) | 86 Lincoln | 019516898 | 11/1/91 | 1441430229 - L2 | $86,50 | |

| PAYEE | VEHICLE | POLICY # | DOL | CLAIM # & | AMOUNT | ENDORSEMENT COMMENTS |
|---|---|---|---|---|---|---|
| Karen L. Brown | 86 Lincoln | 019516898 | 10/3/91 | 1440417804 - L1 | $500.00 | Karen L. Brown |
| Deborah Buton | 85 Jaguar | 019484975 | 12/8/90 | 1440254090 | $100.00 | Debra Paul |
| Manuel Barros II (R38198402) | 85 Jaguar | 019484975 | 9/24/90 | 1440221529 - D2 | $500.00 | Manual Barros (AB Ray) |
| Amity Motors and Manuel Barros | 85 Jaguar | 019484975 | 9/24/90 | 1441221529 - D2 | $9,661.23 | Manuel Barros, Amity Motors, Raymond Huelbig |
| Raymond Huelbig | 93 Nissan Maxima | 619084033 | 9/1/93 | 1440766309 - E12 | $500.00 | Raymond Huelbig |
| Raymond and Shawnn Huelbig | 86 Jaguar | 084438265 | 1/12/91 | 1440266797 - E3 | $600.00 | Raymond Huelbig, Shawnn Huelbig |
| Raymond Huelbig | 85 Jaguar | 084438265 | 2/26/91 | 1440285383 - E4 | $7,550.41 | Raymond Huelbig (Drawer Signature: Clarence Nealy) |
| Raymond and Shawnn Huelbig | 85 Jaguar | 084438265 | 2/26/91 | 1440285383 - E4 | $600.00 | Raymond Huelbig, Shawnn Huelbig |
| Raymond and Shawnn Huelbig | 85 Jaguar | 084438265 | 10/31/90 | 1440236409 - E2 | $5,784.82 | Raymond Huelbig, Shawnn Huelbig (Drawer Signature: Clarence Nealy) |
| Raymond and Shawnn Huelbig | 85 Jaguar | 084438265 | 10/31/90 | 1440236469 - E2 | $600.00 | Raymond Huelbig, Shawnn Huelbig |
| Raymond and Shawnn Huelbig | 86 Jaguar | 084438265 | 1/12/91 | 1440266797 - E3 | $500.00 | Raymond Huelbig, Shawnn Huelbig |
| Raymond M. Huelbig | 91 Nissan | 019529838 | 1/14/92 | 1440454351 - E8 | $5,999.36 | Raymond M. Huelbig |
| Raymond M. Huelbig | 91 Nissan Maxima | 019529838 | 11/11/92 | 1440562039 - E11 | $2,452.32 | |
| Raymond M. Huelbig | 91 Nissan | 019529838 | 1/14/92 | 1440454351 - E8 | $500.00 | "Accepted as partial payment for loss Raymond Huelbig" |
| Raymond Huelbig, West Bay Management Company and Friendship Auto Body | 91 Nissan | 019529838 | 1/14/92 | 1440454351 - E8 | $324.30 | Raymond Huelbig, West Bay Management, Peter Williams, Friendship Auto Body. |
| Raymond M. Huelbig | 91 Nissan | 019529838 | 6/29/92 | 1440512885 - E10 | $743.33 | Endorsed under protest Raymond Huelbig |
| Raymond M. Huelbig | 91 Nissan | 019529838 | 6/29/92 | 1440512885 - E10 | $7,468.02 | Endorsed under protest Raymond Huelbig |
| Raymond and Shawnn Huelbig | 86 Jaguar | 084438265 | 3/6/90 | 1440161139 - E1 | $500.00 | Raymond Huelbig and Shawnn Huelbig |
| Raymond M. Huelbig | 88 Jaguar | 019529838 | 5/28/92 | 1440501508 - E9 | $9,464.33 | Under Protest Raymond Huelbig |
| Raymond M. Huelbig | 91 Nissan | 019529838 | 6/29/92 | 1440512885 - E10 | $500.00 | Raymond Huelbig |
| Raymond M. Huelbig and Attorney Raymond Pezza | 91 Nissan | 019529838 | 6/29/92 | 1440512885 - E10 | $1,964.00 | Raymond Pezza, Raymond Huelbig |
| Josephine Williams (Insured: Julio A. Silva) | 81 Lincoln | 084476515 | 2/15/91 | 2390385546 - H2 | $256.15 | Josephine Williams, Julio A. Silva |
| Josephine Williams (Insured: Julio A. Silva) | 81 Lincoln | 084476515 | 2/15/91 | 2390385546 - H2 | $6,339.75 | Josephine Williams (SDJ Ray) |
| Julio A. Silva | 84 Chevy Blazer | 084476515 | 9/23/91 | 2390663958 - H3 | $1,223.79 | Julio A. Silva |
| Jose Pires (Insured: Leo A. Silva) | 88 Mercedes | 084476515 | 7/29/90 | 2390276927 - H1 | $15,246.65 | Jose Pires (Drawer Signature: Clarence Nealy) |
| Lori Freeman and Chase Manhattan | 91 Volvo 240 | 019485913 | 9/28/93 | 1440774410 - C2 | $6,947.12 | Lori Freeman, Friendship Auto Body |

| PAYEE | VEHICLE | POLICY # | DOL | CLAIM # & | AMOUNT | ENDORSEMENT COMMENTS |
|---|---|---|---|---|---|---|
| Bank | | | | | | |
| Lori Freeman and Citizen's Bank | | 019485913 | 11/24/89 | 1440301735 | $1,091.92 | Lori Freeman, Citizen's Savings Bank without recourse |
| Lori Freeman | | 019485913 | 11/24/99 | 1440301735 | $250.00 | |
| Lori Freeman and Murray's A/B | | 019485913 | 8/31/90 | 1440212502 - C3 | $5,077.89 | Lori Freeman (Drawer Signature: Clarence Nealy) |
| Lori Freeman | | 019485913 | 11/24/89 | 1440301735 | $250.00 | Lori Freeman |
| Lori Freeman | | 019485913 | 11/24/89 | 1440301735 | $250.00 | Lori Freeman |
| Lori Freeman | | 019485913 | 8/31/90 | 1440212502 | $500.00 | Lori Freeman |
| Lori Freeman and Attorney Lawrence Goldberg | | 019485913 | 8/31/90 | 1440212502 | $674.70 | Lori Freeman and Lawrence I. Goldberg |
| Lori Freeman and Chase Manhattan Bank | 91 Volvo 240 | 019485913 | 11/16/92 | 1440563458 - C1 | $4,704.13 | Lori Freeman, Friendship Auto Body, Chase Manhattan Bank, Raymond Huelbig. |
| Lori Freeman and Friendship A/Body | 91 Volvo 240 | 019485913 | 9/28/93 | 1440774410 - C2 | $332.25 | Lori Freeman, Friendship Auto Body, Raymond Huelbig |
| Robert D. Taglione | 89 Cadillac | 082045107 | 8/24/95 | 1441043103 - A1 | $347.75 | |
| Robert Taglione and Attorney Peter D'Amico and Attorney James Burchfield | 89 Cadillac | 082045107 | 8/24/95 | 1441043103 - A1 | $2,090.00 | |
| Paula Cufoni and Peter D'Amico, Esq. and James Burchfield, Esq. | 89 Cadillac | 082045107 | 8/24/95 | 1441043103 - A1 | $882.00 | |
| Jean Zaniewski | 88 Oldsmobile | 025070140 | 6/4/96 | 1441172457 - B1 | $2,858.43 | |
| Robert D. Taglione | 89 Cadillac | 082045107 | 8/24/95 | 1441043103 - A1 | $2,039.93 | |
| Norman Trice and Attorney James Burchfield | 89 Cadillac | 082045107 | 8/24/95 | 1441043103 - A1 | $4,280.90 | |
| Robert Taglione | 84 Cadillac | 082045107 | 2/29/96 | 1441143011 - A2 | $2,802.04 | |
| Enterprise Rent-A-Car | 84 Cadillac | 082045107 | 1/29/96 | 1441143011 - A2 | $1,517.42 | |

Defendants Anderson, Silva, Brown, Ianucci, Nealy, Barbato, Barros, Willner and Williams are liable for violating the Federal RICO Statute, 18 U.S.C. § 1961, et. seq., which calls for the imposition of multiple damages.

Under RICO, damages "shall" be trebled, and each defendant found to have violated RICO is jointly and severally liable for the full amount of the trebled damages. In other words, a single, non-discretionary award of treble damages is to be made, for which each of the defendants is fully, jointly and severally liable. 18 U.S.C., §1961, et seq. Accordingly, Defendants Anderson, Silva, Brown, Ianucci, Nealy, Barbato, Barros,

Willner and Williams are joint and severally liable to Allstate in the amount of Allstate's actual damages of $324,332.00, trebled pursuant to 18 U.S.C. § 1964 to $972,998.00, plus interest, costs and attorneys fees pursuant to the federal RICO statute.

**B. CALCULATION OF DAMAGES**

Allstate respectfully submits that it is entitled to default judgment against Defendants Anderson, Silva, Brown, Ianucci, Nealy, Barbato, Barros, Willner and Williams, as follows:

- joint and several liability in the amount of $972,998.00, plus interest, on the actual damages amount of $324,332.00;

- reasonable attorneys fees, costs and expenses in the amount of $41,653.30 (See Affidavit of Smith & Brink, P.C. in Support of Award of Fees and Costs Annexed hereto); and

- any other relief this Court deems just.

**V. <u>CONCLUSION</u>**

For all of the foregoing reasons, Allstate respectfully requests that this Court enter judgment for Allstate against defendants, Anderson, Silva, Brown, Ianucci, Nealy, Barbato, Barros, Willner and Williams.

Allstate Insurance Corporation
By its Attorneys,

David O. Brink, Esq.
BBO No.: 547370
Richard D. King, Jr.
BBO No.: 638142
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

Dated: 8/18/05