UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 99426-S

*******************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY, and TABCO REALTY,
Defendants.

*******************************************************************

**NOTICE OF DISMISSAL**

Now comes the Plaintiff, Allstate Insurance Company and hereby dismisses its claims against defendant, Paula Cofoni, pursuant to F.R.C.P. 41(a)(1)(i), with prejudice and without costs.

Plaintiff,
Allstate Insurance Company,
By its Attorneys,

David O. Brink, Esq.
BBO No.: 547370
Richard D. King, Jr.
BBO No.: 638142
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

ENTER WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/25/05

Dated: 8/23/05

**CERTIFICATE OF SERVICE**

I, Richard D. King, Jr., attorney for Allstate Insurance Company, hereby certify that on this 23rd day of August 2005, I mailed, postage prepaid, a copy of the within documents to:

David F. Reilly
Law Offices of David F. Reilly, Esq.
22 West Main St.
Wickford, RI 02852-5112

Richard D. King, Jr.