UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 99426-S

*********************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY, and TABCO REALTY,
Defendants.

*********************************************************************

RECEIVED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## STIPULATION OF DISMISSAL

Now comes the Plaintiff, Allstate Insurance Company, and Defendant, Jose Pires, and hereby stipulate, pursuant to F.R.C.P. 41(a)(1)(ii) , to the dismissal of the above-referenced matter with prejudice and without costs.

Plaintiff,
Allstate Assurance Corporation,
By its Attorneys,

David O. Brink, Esq.
BBO No.: 547370
Richard D. King, Jr.
BBO No.: 638142
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

Defendant,
Jose Pires,
By his Attorney,

James Kelleher
Revens, Lanni, Revens & St. Pierre 4054
946 Centerville Road
Warwick, RI 02886
Tel. (401) 822-2900

ENTER WmM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/30/05