**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA99-426L** **DATE: September 30, 2005**

**TITLE: ALLSTATE INSURANCE COMPANY v. RAYMOND HUELBIG**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Richard King, Esq.

**PROCEEDING:** Motion for Entry of Default Judgment

No Defts present.
Plaintiff gives history of case.
Proper return of service.
Affidavit provided to the Court. Original filed at Clerk's Office.
Court takes under advisement.
R&R to follow.
Atty to submit proposed judgment.