UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 99426

*******************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY, and TABCO REALTY,
Defendants.

*******************************************************************

**NOTICE OF DISMISSAL**

Now comes the Plaintiff, Allstate Insurance Company and hereby dismisses its claims against defendant, Lori Freeman, pursuant to F.R.C.P. 41(a)(1)(i), with prejudice and without costs.

Plaintiff,
Allstate Insurance Company,
By its Attorneys,

David O. Brink, Esq.
BBO No.: 547370
Richard D. King, Jr.
BBO No.: 638142
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

ENTER
WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 10/4/05

FILED
0 4 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Dated: 10/3/05