UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLSTATE INSURANCE COMPANY )
Plaintiff, )
v. ) C.A. No. 99-426S
RAYMOND HUELBIG, ET AL. )
Defendants. )

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 30, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Entry of Default Judgment against Defendants Lynette Anderson, Julio Silva, Karen L. Brown, Ann Marie Iannucci, Clarence Nealy, Manual P.J. Barros, II, Richard Willner and Gregory Williams, jointly and severally, in the amount of $972,996.00, plus interest, on the actual damages amount of $324,332.00, plus an additional amount of $41,653.30 in

attorneys' fees, costs and expenses is GRANTED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 10/18/05