UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 99-426S

FILED
OCT 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

*****************************************************************

ALLSTATE INSURANCE COMPANY
Plaintiff,

v.

RAYMOND HUELBIG, JOSE PIRES, MANRAY, INC. D/B/A FRIENDSHIP AUTOBODY, AMITY MOTORS, AND TABCO RENTALS, SHAWNN HUELBIG, CILLA REILLY, RUTH M. ORTIZ, MANUEL P.J. BARROS, II, MILLICENT MAYNARD, GREGORY WILLIAMS, LORI FREEMAN, JULIO SILVA, LYNETTE ANDERSON, KAREN L. BROWN, ROBERT D. TAGLIONE, RICHARD WILLNER, SHONDI BARBATO, ANN MARIE IANNUCCI, NORMAN TRICE, JR., PAULA COFONI, CLARENCE NEALY and TABCO REALTY
Defendants,

*****************************************************************

**JUDGMENT**
**(Pursuant to Fed. R. Civ. P. 55(b))**

This action comes before the Court, upon the motion of Allstate Insurance Company for default judgment pursuant to Fed. R. Civ. P. Rule 55(b). Upon the Court's consideration of all of the pleadings, affidavits, transcripts and other documents previously submitted and the Magistrate's Report and Recommendation dated September 30, 2005, it is **HEREBY ORDERED** that:

- Judgment enter in favor of Allstate Insurance Company against Lynette Anderson, Julio Silva, Karen L. Brown, Ann Marie Iannucci, Clarence Nealy, Manuel P.J. Barros, II, Richard Willner and Gregory Williams, pursuant to Fed. R. Civ. P. Rule 55(b), jointly and severally in the amount of $972,996.00, plus simple interest from September 8, 1999 of $236,762.36 (based upon

actual damages of $324,332.00), plus attorneys fees and costs of $41,653.30 for a total judgment of $1,251,411.60.

Dated at Providence, Rhode Island this 18 day of October, 2005.

WAS

U.S. District Court Judge